CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with El Meson during the last three years.

Plaintiff: Alonso Sandoval       Date: 4-28-14

Signature: _____

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax


CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Yo doy mi consentimiento para interponer la demanda bajo la ley Normas Justas de Trabajo para recuperar salarios no pagados por mi trabajo con El Meson durante los tres años pasados.

Demandante: Alonso Sandoval       Fecha: 4-28-14

Firma: _____

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENT TO FILE SUIT UNDER THE TEXAS MINIMUM WAGE ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Texas Minimum Wage Act to recover unpaid wages for work I performed with El Meson during the last three years.

Plaintiff: Alonso Sandoval   Date: 4-28-14

Signature: _____

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DEL SALARIO MINIMO DE TEXAS

Yo doy mi consentimiento para interponer la demanda bajo la Ley del Salario Minimo de Texas para recuperar salarios no pagados por mi trabajo con El Meson durante los tres años pasados.

Demandante: Alonso Sandoval   Fecha: 4-28-14

Firma: _____

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed at El Meson in Austin, during August of 2012.

Plaintiff name: Daleph Loza Hurzua

Plaintiff signature: _____

Date: 6/27/2013

Translator's Certificate

I certify that I am fluent in English and Spanish, that I translated this document into Spanish for Plaintiff whose name and signature appears above, and that he/she indicated that he/she clearly understood its contents and significance.

Translator: _____ Date: 06/27/13

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Luis Macedo    Date: 4/28/14

Signature: *Luis Macedo*

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Yo doy mi consentimiento para interponer la demanda bajo la ley Normas Justas de Trabajo para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Luis Macedo    Fecha: 7/28/14

Firma: *Luis Macedo*

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENT TO FILE SUIT UNDER THE TEXAS MINIMUM WAGE ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Texas Minimum Wage Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Luis Macedo    Date: 4/28/14

Signature: *Luis Macedo*

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax


## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DEL SALARIO MINIMO DE TEXAS

Yo doy mi consentimiento para interponer la demanda bajo la Ley del Salario Minimo de Texas para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Luis Macedo   Fecha: *Luis Macedo*

Firma: 4/28/14

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Victor Macedo     Date: 4/28/2014

Signature: Victor Macedo

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax


CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Yo doy mi consentimiento para interponer la demanda bajo la ley Normas Justas de Trabajo para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Victor Macedo   Fecha: 4/28/2014

Firma: Victor Macedo

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENT TO FILE SUIT UNDER THE TEXAS MINIMUM WAGE ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Texas Minimum Wage Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Victor Macedo     Date: 4/28/2014

Signature: *Victor Macedo*

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DEL SALARIO MINIMO DE TEXAS

Yo doy mi consentimiento para interponer la demanda bajo la Ley del Salario Minimo de Texas para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Victor Macedo   Fecha: 4/28/2014

Firma: *Victor Macedo*

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Jose Mata   Date: 4/29/14

Signature: _____

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax


## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Yo doy mi consentimiento para interponer la demanda bajo la ley Normas Justas de Trabajo para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Jose Mata   Fecha: 4/29/14

Firma: _____

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

## CONSENT TO FILE SUIT UNDER THE TEXAS MINIMUM WAGE ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Texas Minimum Wage Act to recover unpaid wages for work I performed with La Reyna during the last three years.

Plaintiff: Jose Mata     Date: 4/29/14

Signature: _____

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax


## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DEL SALARIO MINIMO DE TEXAS

Yo doy mi consentimiento para interponer la demanda bajo la Ley del Salario Minimo de Texas para recuperar salarios no pagados por mi trabajo con La Reyna durante los tres años pasados.

Demandante: Jose Mata     Fecha: 4/29/14

Firma: _____

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007
(512) 474-0008 fax

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with La Reyna and El Meson restaurants during the last three years.

Plaintiff: Maria del Rocio Medel-Alberto    Date:_____

Signature: _____

Attorneys:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007

(512) 474-0008 fax


CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE ESTANDARES JUSTOS LABORALES

Yo doy mi consentimiento para interponer la demanda bajo la ley Estandares Justos Laborales para recuperar salarios no pagados por mi trabajo con La Reyna and El Meson restaurants durante los tres años pasados.

Demandante: Maria del Rocio Medel-Alberto Fecha: 5/24/14

Firma: /s/ Medel Alberto

Abogados:
Bill Beardall
Equal Justice Center
510 S. Congress Avenue, Suite 206
Austin, Texas 78704
(512) 474-0007

(512) 474-0008 fax

CONSENT TO FILE SUIT UNDER THE FAIR LABOR STANDARDS ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages for work I performed with El Meson during the last three years.

Plaintiff: Yecenia Arteaga Parras     Date: 4/25/2014

Signature: _____

Attorneys:
Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751
(512) 374-2747
(512) 447-3940 fax

Sarah Donaldson
Texas RioGrande Legal Aid
1111 N. Main Avenue
San Antonio, Texas 78212
(210) 212-3704
(210) 212-3772 fax


CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DE NORMAS JUSTAS DE TRABAJO

Yo doy mi consentimiento para interponer la demanda bajo la Ley de Normas Justas de Trabajo para recuperar salarios no pagados por mi trabajo con El Meson durante los tres años pasados.

Demandante: Yecenia Arteaga Parras     Fecha: 25-April-2014

Firma: _____

Abogados:
Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751
(512) 374-2747
(512) 447-3940 fax

Sarah Donaldson
Texas RioGrande Legal Aid
1111 N. Main Avenue
San Antonio, Texas 78212
(210) 212-3704
(210) 212-3772 fax

## CONSENT TO FILE SUIT UNDER THE TEXAS MINIMUM WAGE ACT

I hereby give my consent to become a party plaintiff in a lawsuit under the Texas Minimum Wage Act to recover unpaid wages for work I performed with El Meson during the last three years.

Plaintiff: Yecenia Arteaga Parras    Date: 4/25/2014

Signature: _____

Attorneys:

Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751
(512) 374-2747
(512) 447-3940 fax

Sarah Donaldson
Texas RioGrande Legal Aid
1111 N. Main Avenue
San Antonio, Texas 78212
(210) 212-3704
(210) 212-3772 fax

## CONSENTIMIENTO PARA PONER UNA DEMANDA BAJO LA LEY DEL SALARIO MINIMO DE TEXAS

Yo doy mi consentimiento para interponer la demanda bajo la Ley del Salario Minimo de Texas para recuperar salarios no pagados por mi trabajo con El Meson durante los tres años pasados.

Demandante: Yecenia Arteaga Parras    Fecha: 25-april-2014

Firma: _____

Abogados:

Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751
(512) 374-2747
(512) 447-3940 fax

Sarah Donaldson
Texas RioGrande Legal Aid
1111 N. Main Avenue
San Antonio, Texas 78212
(210) 212-3704
(210) 212-3772 fax