## VERIFICATION

STATE OF TEXAS             §

TRAVIS COUNTY          §

Before me, the undersigned notary, on this day personally appeared Alonso Sandoval, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Alonso Sandoval. I am capable of making this verification. I have read Plaintiffs' Original Complaint. The facts stated within it related to my claim are within my personal knowledge and are true and correct."

I hereby certify that the factual statements in the attached complaint are true.

_____
Alonso Sandoval

Sworn to and subscribed before me by Alonso Sandoval on April 28, 2014.

WILLIAM H. BEARDALL, JR.
Notary Public, State of Texas
My Commission Expires
August 09, 2014

_____
Notary Public in and for the State of Texas

My commission expires: 8/9/2014

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _Andrea K. Shannon_    Date: 4/28/2014

Translator's name: Andrea K. Shannon

# VERIFICATION

STATE OF TEXAS §

TRAVIS COUNTY §

Before me, the undersigned notary, on this day personally appeared Luis Macedo, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Luis Macedo. I am capable of making this verification. I have read Plaintiffs' Original Complaint. The facts stated within it related to my claim are within my personal knowledge and are true and correct."

I hereby certify that the factual statements in the attached complaint are true.

_____
Luis Macedo

Sworn to and subscribed before me by Luis Macedo on April 28, 2014.

_____
Notary Public in and for the State of Texas

My commission expires: 6/30/14

[Notary Seal: ADRIAN DE LA ROSA, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: 06-30-2014]

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _____  Date: 4/28/14

Translator's name: Alexis Leon

## VERIFICATION

STATE OF TEXAS          §

TRAVIS COUNTY           §

Before me, the undersigned notary, on this day personally appeared Victor Macedo, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Victor Macedo. I am capable of making this verification. I have read Plaintiffs' Original Complaint. The facts stated within it related to my claim are within my personal knowledge and are true and correct."

I hereby certify that the factual statements in the attached complaint are true.

_____
Victor Macedo

Sworn to and subscribed before me by Victor Macedo on April 28, 2014.

_____
Notary Public in and for the State of Texas

My commission expires: 6/30/14

[Notary Seal: ADRIAN DE LA ROSA, NOTARY PUBLIC STATE OF TEXAS, COMMISSION EXPIRES: 06-30-2014]

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _____    Date: 4/28/14

Translator's name: Alexis Leon

# VERIFICATION

STATE OF TEXAS         §

TRAVIS COUNTY         §

Before me, the undersigned notary, on this day personally appeared Jose Mata, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Jose Mata. I am capable of making this verification. I have read Plaintiffs' Original Complaint. The facts stated within it related to my claim are within my personal knowledge and are true and correct."

I hereby certify that the factual statements in the attached complaint are true.

_____
Jose Mata

Sworn to and subscribed before me by Jose Mata on April 28, 2014.

WILLIAM H. BEARDALL, JR.
Notary Public, State of Texas
My Commission Expires
August 09, 2014

_____
Notary Public in and for the State of Texas

My commission expires: 8/9/2014

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _Andrea K. Shannon_    Date: 4/29/14

Translator's name: Andrea K. Shannon

## VERIFICATION

I hereby certify that the factual statements in the attached complaint are true.

_____
Maria del Rocio Medel-Alberto

I declare under penalty of perjury that the foregoing factual statements are true and correct.

Executed in Travis County, State of Texas, on the 24th of April, 2014.

_____
Maria del Rocio Medel-Alberto

## TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _____  Date: 4/24/14

Translator's name: Anna Bocchini

## VERIFICATION

STATE OF TEXAS  §

TRAVIS COUNTY  §

Before me, the undersigned notary, on this day personally appeared Yecenia Arteaga Parras, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

"My name is Yecenia Arteaga Parras. I am capable of making this verification. I have read Plaintiffs' Original Complaint. The facts pertaining to me in paragraphs 4.1 – 4.18 and 4.52 – 4.56 are within my personal knowledge and are true and correct."

Yecenia Arteaga Parras

Sworn to and subscribed before me by Yecenia Arteaga Parras on April 25, 2014.



Notary Public in and for the State of Texas

My commission expires: 11-26-2016

### TRANSLATOR'S CERTIFICATE

I certify that I am fluent in English and Spanish, that I translated this document to the Plaintiff in Spanish, and that the Plaintiff indicated that the Plaintiff clearly understood its contents and significance.

Translator's signature: _____  Date: 04-25-14

Translator's name: Norma A. Mendez