AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ALONSO SANDOVAL, DALEPH LOZA HURZUA, LUIS MACEDO, VICTOR MACEDO, JOSE MATA, MARIA DEL ROCIO MEDEL-ALBERTO, and YECENIA ARTEAGA PARRAS<br><br>*Plaintiff(s)*<br><br>v.<br><br>EL MESON, INC., EL PALAX INC. D/B/A LA REYNA, ATTICUS MACIAS, YVES MACIAS, and MARISELA MACIAS<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:14-cv-369-LY<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  El Meson, Inc.
c/o Registered Agent for Service of Process: Atticus Macias
2008 Rundell Place
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Bill Beardall<br>Equal Justice Center<br>510 South Congress Ave., Ste. 206<br>Austin, Texas 78704 | Julie Wimmer<br>Texas RioGrande Legal Aid<br>4920 N. I-35<br>Austin, Texas 78751 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

Date:  5/14/2014                          _____
                                           *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-369-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                        _____
                                                              *Server's signature*

                                             _____
                                                              *Printed name and title*

                                             _____
                                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ALONSO SANDOVAL, DALEPH LOZA HURZUA, LUIS MACEDO, VICTOR MACEDO, JOSE MATA, MARIA DEL ROCIO MEDEL-ALBERTO, and YECENIA ARTEAGA PARRAS <br> *Plaintiff(s)* <br> v. <br> EL MESON, INC., EL PALAX INC. D/B/A LA REYNA, ATTICUS MACIAS, YVES MACIAS, and MARISELA MACIAS <br> *Defendant(s)* | Civil Action No. 1:14-cv-369-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  El Palax Inc. D/B/A La Reyna
c/o Registered Agent for Service of Process: Atticus Macias
2008 Rundell Place
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| Bill Beardall | Julie Wimmer |
|---|---|
| Equal Justice Center | Texas RioGrande Legal Aid |
| 510 South Congress Ave., Ste. 206 | 4920 N. I-35 |
| Austin, Texas 78704 | Austin, Texas 78751 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
CLERK OF COURT

Date: 5/14/2014                                                        _____
Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-369-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                     _____
                                                 *Server's signature*

                                         _____
                                            *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| ALONSO SANDOVAL, DALEPH LOZA HURZUA, LUIS MACEDO, VICTOR MACEDO, JOSE MATA, MARIA DEL ROCIO MEDEL-ALBERTO, and YECENIA ARTEAGA PARRAS<br>*Plaintiff(s)*<br>v.<br>EL MESON, INC., EL PALAX INC. D/B/A LA REYNA, ATTICUS MACIAS, YVES MACIAS, and MARISELA MACIAS<br>*Defendant(s)* | Civil Action No. 1:14-cv-369-LY |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Atticus Macias
2008 Rundell Place
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bill Beardall
Equal Justice Center
510 South Congress Ave., Ste. 206
Austin, Texas 78704

Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

Date: 5/14/2014

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-369-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*


                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

ALONSO SANDOVAL, DALEPH LOZA HURZUA, LUIS MACEDO, VICTOR MACEDO, JOSE MATA, MARIA DEL ROCIO MEDEL-ALBERTO, and YECENIA ARTEAGA PARRAS

*Plaintiff(s)*

v.

EL MESON, INC., EL PALAX INC. D/B/A LA REYNA, ATTICUS MACIAS, YVES MACIAS, and MARISELA MACIAS

*Defendant(s)*

Civil Action No. 1:14-cv-369-LY

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Yves Macias
1603 Roberts Avenue
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bill Beardall
Equal Justice Center
510 South Congress Ave., Ste. 206
Austin, Texas 78704

Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: 5/14/2014



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-369-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| ALONSO SANDOVAL, DALEPH LOZA HURZUA, LUIS MACEDO, VICTOR MACEDO, JOSE MATA, MARIA DEL ROCIO MEDEL-ALBERTO, and YECENIA ARTEAGA PARRAS<br>*Plaintiff(s)*<br>v.<br>EL MESON, INC., EL PALAX INC. D/B/A LA REYNA, ATTICUS MACIAS, YVES MACIAS, and MARISELA MACIAS<br>*Defendant(s)* | Civil Action No. 1:14-cv-369-LY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marisela Macias
1603 Roberts Avenue
Austin, Texas 78704

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bill Beardall
Equal Justice Center
510 South Congress Ave., Ste. 206
Austin, Texas 78704

Julie Wimmer
Texas RioGrande Legal Aid
4920 N. I-35
Austin, Texas 78751

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William G. Putnicki
CLERK OF COURT

Date: 5/14/2014

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-369-LY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: